**IN THE DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **AMAN PATEL and GEORGIA ROBERTSON** | § | |
| | § | **Civil Action No. 1:26-cv-00684-SCJ** |
| **Plaintiff,** | § | |
| | § | **JURY DEMANDED** |
| **v.** | § | |
| | § | |
| **EMORY KOGER and J & S DISTRIBUTIONS** | § | |
| | § | |
| **Defendants.** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Aman Patel and Georgia Robertson. Defendants are Emory Koger and J & S Distributors, Inc., named in this lawsuit as J & S Distributions and d/b/a ACI Distributors.

2. Plaintiffs move to dismiss the suit.

3. Defendants have appeared and agree to the dismissal.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. A receiver has not been appointed in this case.

7. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8. This dismissal is with prejudice.

WHEREFORE, the parties jointly file this Stipulation of Dismissal with Prejudice.

This 22nd day of September, 2026.

**MARSH ATKINSON & BRANTLEY, LLC**

*/s/ Jeff Boyd*

Jeff Boyd
Georgia Bar No. 968640
*Attorneys for Defendants*

271 17th Street NW, Suite 1600
Atlanta, Georgia 30363
(404) 282-5050
(404) 282-3030 (Fax)
jeff.boyd@mablawfirm.com

**W. CALVIN SMITH, II, P.C.**

*/s/ Summit Tucker (with permission)*

Summit Tucker
Georgia Bar No. 998189
Courtnee Hood
Georgia Bar No. 112437
*Attorneys for Plaintiffs*

3560 Lenox Road NE, Suite 3020
Atlanta, Georgia 30326
(404) 842-0999
(404) 836-3465 (Fax)
stucker@calvinsmithlaw.com
chood@calvinsmithlaw.com

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that he has on this date filed the foregoing ***Stipulation of Dismissal with Prejudice*** with the Clerk of the Court using the Court's e-filing system which will send email notification of said filing to all counsel of record.

This 22nd day of September, 2026.

**MARSH ATKINSON & BRANTLEY, LLC**

*/s/ Jeff Boyd*

_______________________________

Jeff Boyd
Georgia Bar No. 968640
*Attorneys for Defendants*

271 17th Street NW, Suite 1600
Atlanta, Georgia 30363
(404) 282-5050
(404) 282-3030 (Fax)
jeff.boyd@mablawfirm.com